IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0:  08-30166 |
| | ) | |
| Plaintiff, | ) | MINUTES OF COURT |
| | ) | |
| vs. | ) | DATE: 7/29/2014 |
| | ) | |
| THOMAS S. WOJCIK, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) : N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc. # 48).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 7/30/2014 docket and reset for hearing on the Motion to Revoke on 8/15/2014 at 11:00 a.m. in Benton, IL.

JUSTINE FLANAGAN, ACTING  CLERK

 By: s/ K. Jane Reynolds
Deputy Clerk